UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
JESSICA KARIM, on behalf of herself and all
others similarly situated,

                          Plaintiff,

              -against-

KISS NAIL PRODUCTS, INC.,

                         Defendant.
-------------------------------------------------------------- X

24 Civ. 7366 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

      The Court has been informed that the parties have reached a settlement in principle in this case. Accordingly, it is hereby **ORDERED** that this action is dismissed without costs and without prejudice to restoring the action to the Court's calendar, provided the application to restore the action is made within forty-five (45) days of this Order. Any application to reopen filed after forty-five (45) days from the date of this Order may be denied solely on that basis. Any pending motions are **DENIED** as moot, and all conferences are **CANCELED**.

Dated: November 12, 2024
       New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE